⟨20⟩

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Nettie B. Whitlow

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**v.**

VMC REO LLC

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 2:25-cv-11483
Assigned To : DeClercq, Susan K.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 5/19/2025
Description: CMP WHITLOW V VMC REO LLC (MRS)

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

## Complaint for a Civil Case

*Notice of Removal*

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Nettie B. Whitlow |
| Street Address | 5779 Pinecrest Estates Drive |
| City and County | Ann Arbor, Washtenaw |
| State and Zip Code | Michigan  48105 |
| Telephone Number | |
| E-mail Address | msnettib@myyahoo.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | VMC REO LLC |
| Job or Title (if known) | 55 Beattie Place |
| Street Address | 55 Beattie Place Suite 110 |
| City and County | Greenville   Greenville County |
| State and Zip Code | South Carolina 29601 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

2

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

II.     **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

See attached Notice of Removal Complaint

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual
         The plaintiff, *(name)* _____,
         is a citizen of the State of *(name)* _____.

   b.    If the plaintiff is a corporation
         The plaintiff, *(name)* _____,
         is incorporated under the laws of the State of *(name)*
         _____, and has its principal place of business in the
         State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual
         The defendant, *(name)* _____, is a citizen of the
         State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b.    If the defendant is a corporation
         The defendant, *(name)* _____, is incorporated
         under the laws of the State of *(name)* _____, and
         has its principal place of business in the State of *(name)*
         _____. Or is incorporated under the laws of
         *(foreign nation)* _____, and has its principal place
         of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount at stake is more than $75,000

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See the attached Notice of Removal Complaint

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See attached Notice of Removal complaint

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 19 _____ , 20 25 ___ .

Signature of Plaintiff        *Nettie B Whitlow*

Printed Name of Plaintiff        Nettie B Whitlow

6

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Additional Information:**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

Case No:

Nettie B. Whitlow,                                    Hon:
Defendant/Removing Party,                            Magistrate:

v.

VMC REO LLC,
Plaintiff in 14A District Court,

Removed from 14A District Court,

Case No. 2024-241C3544-LT

NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1443 AND 1446(b)(3)

**NOTICE OF REMOVAL**

NOW COMES Defendant and Removing Party, Nettie B. Whitlow, appearing in propria persona, and pursuant to 28 U.S.C. §§ 1441, 1443, and 1446, hereby files this Notice of Removal of Case No. 2024-241C3544-LT from the 14A District Court in Washtenaw County, Michigan, to the United States District Court for the Eastern District of Michigan. In support thereof, Removing Party states as follows:

1. The underlying state court case is a summary eviction proceeding titled VMC REO LLC v. Nettie B. Whitlow, Yolounda Whitlow, et al, Case No. 2024-241C3544-LT, involving the real property located at 5779 Pinecrest Estates Dr, Ann Arbor, MI 48105.

2. The case was stayed due to a Chapter 13 bankruptcy and is now scheduled to reopen.

3. Removing Party has recently filed a separate federal complaint in this Court asserting civil rights violations under 42 U.S.C. §§ 1983, 1985, and 1986, involving the same real property, state court actors, and related foreclosure and eviction actions.

4. Removal is proper under 28 U.S.C. § 1443(1) because the underlying state court proceeding is being used to deny the Removing Party federally protected rights, including the right to due process and access to federal courts. (Case No 25-11458)

5. Removal is also timely and proper under 28 U.S.C. § 1446(b)(3), as this Notice is filed within 30 days after service and filing of an amended pleading or other paper from which it is first ascertained that the case is removable (i.e., the federal complaint filed in this Court).

6. The federal court has original jurisdiction over the claims pursuant to 28 U.S.C. §§ 1331 and 1343.

7. A copy of all process, pleadings, and orders served in the state case will be filed shortly or supplemented as required under 28 U.S.C. § 1446(a).

WHEREFORE, Defendant respectfully removes the above-referenced case from the 14A District Court to the United States District Court for the Eastern District of Michigan, and requests all further proceedings be conducted therein.

Dated: May 19, 2025

Respectfully submitted,

Nettie B. Whitlow
Defendant/Removing Party
5779 Pinecrest Estates Dr
Ann Arbor, MI 48105
msnettieb@myyahoo.com

# Case Details

Additional Resources ▾

**Case ID**
2024-241C3544-LT

**Court Location**
14A District Court - Ann Arbor

**Case Entitlement**
VMC REO LLC V WHITLOW

**Judge of Record**
SIMPSON,J. CEDRIC,

**Date Filed**
09/23/2024

**Case Status**
DISPOSED

**Next Hearing**
05/20/2025 9:00 AM - MOTION
Hearing Officer - SIMPSON,J. CEDRIC

**Balance**

## Parties (3)

**Party Name**
**VMC REO LLC//**

**Party Type/Number**
PLAINTIFF - 1

**Attorney Name**
ATHENA J. AITAS

**Alternate Name(s)**

**Answer Date**

**Service Date**

**Disposition**
ORDER ENTERED TO STAY PROCEEDINGS

**Disposition Date**
10/11/2024

**Party Name**
**WHITLOW/NETTIE/**

**Party Type/Number**
DEFENDANT - 1

**Attorney Name**
EMMETT D. GREENWOOD

**Alternate Name(s)**

**Answer Date**

**Service Date**
10/03/2024

**Disposition**
ORDER RECEIVED FOR BANKRUPTCY STAY

**Disposition Date**
03/31/2025

| Party Name | Party Type/Number |
|---|---|
| **WHITLOW-TYUS/YOLOUNDA/KAYE** | DEFENDANT - 2 |

**Attorney Name**
EMMETT D. GREENWOOD

**Alternate Name(s)**

**Answer Date**

**Service Date**
10/03/2024

**Disposition**
ORDER RECEIVED FOR BANKRUPTCY STAY

**Disposition Date**
03/31/2025

## Bonds (0)

## Hearings (1)

**Hearing Type**
MOTION

**Hearing Date**
05/20/2025 9:00 AM

**Hearing Officer**
SIMPSON, J. CEDRIC

## Events (27)



**Event Date**
04/18/2025

**Description**
MOTION SCHEDULED

**Party/Count**
ALL

**Clerk**
KCA

**Attorney**
SIMPSON,J. CEDRIC,

**Description**
NOTICE ISSUED TO APPEAR

**Party/Count**
ALL

**Clerk**
KCA

**Event Date**
04/17/2025

**Description**
MOTION FILED

**Party/Count**
P1

**Clerk**

Case 4:25-cv-11483-SDK-EAS    ECF No. 1, PageID.13    Filed 05/19/25    Page 13 of 20

https://micourt.courts.michigan.gov/case-search/court/D14A/case-deta...

KCA

**Event Date**
03/31/2025

Description
ORDER RECEIVED FOR BANKRUPTCY STAY

**Party/Count**
D1

**Clerk**
KCA

Description
ORDER RECEIVED FOR BANKRUPTCY STAY

**Party/Count**
D2

**Clerk**
KCA

**Event Date**
03/27/2025

Description
ORDER FILED FOR BANKRUPTCY STAY

**Party/Count**
D1

**Clerk**
SJT

Description
ORDER FILED FOR BANKRUPTCY STAY

**Party/Count**
D2

**Clerk**
SJT

Description
APPEARANCE ENTERED

**Party/Count**

Case 4:25-cv-11483-SDK-EAS   ECF No. 1, PageID.14   Filed 05/19/25   Page 14 of 20

D1

**Clerk**
AAD

**Attorney**
GREENWOOD,EMMETT D.,

**Description**
APPEARANCE ENTERED

**Party/Count**
D2

**Clerk**
AAD

**Attorney**
GREENWOOD,EMMETT D.,


**Event Date**
03/10/2025

**Description**
HEARING SCHEDULED TERMINATION OF TENANCY

**Party/Count**
ALL

**Clerk**
KCA

**Attorney**
SIMPSON,J. CEDRIC,

**Description**
NOTICE ISSUED TO APPEAR

**Party/Count**
ALL

**Clerk**
KCA

**Description**
ACTION FILED TO RE-OPEN CASE

**Party/Count**
D1

Case 4:25-cv-11483-SDK-EAS   ECF No. 1, PageID.15   Filed 05/19/25   Page 15 of 20

**Clerk**
 KCA

**Description**
 ACTION FILED TO RE-OPEN CASE

**Party/Count**
 D2

**Clerk**
 KCA

**Event Date**
 03/06/2025

**Description**
 MOTION FILED

**Party/Count**
 P1

**Clerk**
 KCA

**Event Date**
 12/19/2024

**Description**
 ORDER RECEIVED FOR BANKRUPTCY STAY

**Party/Count**
 D1

**Clerk**
 KCA

**Description**
 ORDER ENTERED FOR BANKRUPTCY STAY

**Party/Count**
 D1

**Clerk**
 KCA

**Description**
 ADMIN CLOSE ENTERED

Case 4:25-cv-11483-SDK-EAS  ECF No. 1, PageID.16  Filed 05/19/25  Page 16 of 20

**Party/Count**
 ALL

**Clerk**
 KCA

**Event Date**
 12/06/2024

**Description**
 HEARING SCHEDULED TERMINATION OF TENANCY

**Party/Count**
 ALL

**Clerk**
 KCA

**Attorney**
 SIMPSON,J. CEDRIC,

**Description**
 NOTICE ISSUED TO APPEAR

**Party/Count**
 ALL

**Clerk**
 KCA

**Event Date**
 10/11/2024

**Description**
 ORDER ENTERED TO STAY PROCEEDINGS

**Party/Count**
 ALL

**Clerk**
 SJT

**Event Date**
 10/10/2024

**Description**

HEARING ADJOURNED TERMINATION OF TENANCY

**Party/Count**
ALL

**Clerk**
KCA

**Attorney**
SIMPSON,J. CEDRIC,

**Event Date**
10/03/2024

**Description**
SUMM & COMP SERVED PERSONALLY

| Party/Count | Amount |
| --- | --- |
| D1 | $42.00 |

**Clerk**
KCA

**Description**
SUMM & COMP SERVED PERSONALLY

| Party/Count | Amount |
| --- | --- |
| D2 | $42.00 |

**Clerk**
KCA

**Event Date**
09/27/2024

**Description**
SUMM & COMP ISSUED

**Party/Count**
D1

| Receipt No./Date/Judge | Clerk |
| --- | --- |
| WCSD | KCA |

**Description**
SUMM & COMP ISSUED

**Party/Count**

Case 4:25-cv-11483-SDK-EAS   ECF No. 1, PageID.18   Filed 05/19/25   Page 18 of 20

D2

**Receipt No./Date/Judge**
WCSD

**Clerk**
KCA

**Description**
HEARING SCHEDULED TERMINATION OF TENANCY

**Party/Count**
ALL

**Clerk**
KCA

**Attorney**
SIMPSON,J. CEDRIC,

**Event Date**
09/23/2024

**Description**
SUMM & COMP FILED TERMINATION OF TENANCY

**Party/Count**
P1

**Amount**
$55.00

**Clerk**
KCA

**Attorney**
AITAS,ATHENA J.,

## Garnishments (0)

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.    *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
VMC REO LLC
55 Beattie Place, Suite 110
Greenville, SC 29601

## DEFENDANTS
NETTIE WHITLOW ET AL

**(b)** County of Residence of First Listed Plaintiff   **GREENVILLE**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   **WASHTENAW**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE.    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Hladik, Onorato & Federman, LLP
3290 West Big Beaver Road, Suite 117
Troy, MI 48084

Attorneys *(If Known)*
TEMPORARILY IN PRO PER

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [x] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 2  U.S. Government Defendant
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|   | PTF | DEF |   | PTF | DEF |
|---|-----|-----|---|-----|-----|
| Citizen of This State | [ ] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [x] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|----------|-------|--------------------|-----------|----------------|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | **PERSONAL PROPERTY** | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [x] 440 Other Civil Rights / **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / **Other:** [ ] 540 Mandamus & Other | **IMMIGRATION** | | |
| | [ ] 448 Education / [ ] 550 Civil Rights | [ ] 462 Naturalization Application | | |
| | [ ] 555 Prison Condition | [ ] 465 Other Immigration Actions | | |
| | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1  Original Proceeding
- [x] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from Another District *(specify)*
- [ ] 6  Multidistrict Litigation - Transfer
- [ ] 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Violation of 42 U.S.C. §§ 1983, 1985, and 1986. Civil rights issues arising from foreclosure-related eviction and denial of due process

Brief description of cause:
Removal of state court eviction action under 28 U.S.C. §§ 1443 and 1446(b)(3)

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE   Cedric Simpson          DOCKET NUMBER   241C3544-LT

DATE
May 19, 2025

SIGNATURE OF ATTORNEY OF RECORD
*Nettie B Whitlow*

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

# PURSUANT TO LOCAL RULE 83.11

1.          Is this a case that has been previously dismissed?          ☐ Yes
                                                                         ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.          Other than stated above, are there any pending or previously     ☒ Yes
            discontinued or dismissed companion cases in this or any other
            court, including state court? (Companion cases are matters in which   ☐ No
            it appears substantially similar evidence will be offered or the same
            or related parties are present and the cases arise out of the same
            transaction or occurrence.)

If yes, give the following information:

Court: 22nd Circuit Court    and  14A District Court

Case No.: 2024-001487-CH    and    2024-241C3544-LT

Judge: Tracey Van Den Bergh    and    Cedric Simpson

Notes :